AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 04, 2024**

SEAN F. McAVOY, CLERK

ESTATE OF CLOVY JARAMILLO, deceased, through Christina Hernandez as the Administrator of his Estate,

*Plaintiff*

v.

CITY OF SPOKANE; CHIEF CRAIG MEIDL, individually and in his professional capacity; OFFICER TIMOTHY SCHWERING, individually and in his professional capacity; OFFICER JACKSON HENRY, individually and in his professional capacity; OFFICER KOREY BJORNSTAD, individually and in his professional capacity

*Defendants*

Civil Action No. 2:23-CV-00316-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The City Defendants' Second Motion for Judgment on the Pleadings, ECF No. 39, is GRANTED.
The First Amended Complaint is DISMISSED as to all defendants and without leave to amend for all federal claims.
The remaining state law claims are DISMISSED without prejudice.
Judgment is entered in favor of all Defendants and against Plaintiff on Plaintiff's federal claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for judgment on the pleadings.

Date: 9/4/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza